THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DEBORAH E. YIM
Assistant United States Attorney
California Bar Number: 217400
    Federal Building, Room 7516
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2447
    Facsimile: (213) 894-7819
    Email: Deborah.Yim@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WALKER, | ) No. CV 07-07535 AHM (PJWx) |
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| THE UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

1     Having considered the joint stipulation of the parties, and good cause
2 appearing therefore, IT IS SO ORDERED that Defendant's response to the
3 Complaint shall now be due for filing on February 19, 2008.
4
5 DATED:                                                       _____
6                                                          The Honorable A. Howard Matz