THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DEBORAH E. YIM
Assistant United States Attorney
California Bar Number: 217400
    Federal Building, Room 7516
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2447
    Facsimile: (213) 894-7819
    Email: Deborah.Yim@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>    Defendant. | No. CV 07-07535 AHM (PJWx)<br><br>**STIPULATION FOR COMPROMISE AND SETTLEMENT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Joseph Walker ("Plaintiff") and defendant United States of America ("United States"), that Plaintiff's claims in the above-entitled action against the United States may be settled and compromised on the following terms and conditions:

    1.    The United States agrees to pay to Plaintiff the sum of forty seven thousand dollars ($47,000), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the incident or circumstances giving rise to this suit, which Plaintiff or his heirs, executors, administrators, or assigns, and each and any of

them, now have or may hereafter acquire against the United States, its agents, servants, and employees.

2. Plaintiff and his heirs, executors, administrators or assigns hereby execute a general release of the United States and agree to accept the sum of $47,000 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the incident or circumstances giving rise to this suit, which Plaintiff may have or hereafter acquire against the United States, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for personal injury, lost earnings, lost income, or medical expenses.

3. In addition, and notwithstanding anything to the contrary herein, Plaintiff explicitly releases any and all claims against the United States which he does not know or suspect to exist in his favor at the time he executes this stipulation and general release, which if known to Plaintiff would have materially affected his settlement with the United States.

4. Plaintiff and his heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States, its agents, servants, and employees from any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by Plaintiff or his heirs, executors, administrators or assigns against any third party or against the United States, arising out of the incident or circumstances giving rise to this suit.

5. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by all parties herein for the purpose of

compromising disputed claims and avoiding the expenses and risks of litigation.

6. It is also agreed that the settlement amount of $47,000 represents the entire amount of Plaintiff's compromise settlement with the United States, and that Plaintiff and the United States will each bear their own costs, fees, and expenses, and that any attorney's fees owed by Plaintiff will be paid out of the settlement amount and not in addition thereto.

7. It is also understood that pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 percent of the amount of the compromise settlement.

8. Payment of the settlements will be made in the following manner: a check in the total amount of $47,000 made payable jointly as follows:

NAME

**Joseph Walker and Law Offices of Peter Goldstein**

AMOUNT

**$47,000**

Plaintiff's attorney agrees to distribute the settlement proceeds to Plaintiff.

9. Liens from any and all insurance companies, health care providers, attorneys, and any and all other persons or organizations who have or claim to have subrogated assigned claims arising out of or related to the subject matter of this suit will remain the responsibility of Plaintiff.

10. In consideration of the payment of the sum total of $47,000 to Plaintiff, as set forth above, Plaintiff agrees that the above-styled action may be dismissed with prejudice.

11. This written agreement contains all of the agreements between Plaintiff and the United States, and is intended to be and is the final and sole agreement between the two parties. Plaintiff and the United States each agree that

3

any other prior or contemporaneous representations or understandings not explicitly contained in this written agreement, whether written or oral, are of no further legal or equitable force or effect. All parties agree that any subsequent modifications to this agreement must be in writing, and must be signed and executed by Plaintiff and the United States.

      12.    The undersigned represent that they have reviewed and understand this agreement, and that they are fully authorized to enter into the terms and conditions of this agreement and that they agree to be bound thereby.

DATED: March 3, 2008             /s/
JOSEPH WALKER
Plaintiff

DATED: March 6, 2008             LAW OFFICES OF PETER GOLDSTEIN

/s/
PETER GOLDSTEIN
Attorneys for Plaintiff Joseph Walker

DATED: March 7, 2008             THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/
DEBORAH E. YIM
Assistant United States Attorney
Attorneys for Defendant
United States of America

4