JS-6

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DEBORAH E. YIM
Assistant United States Attorney
California Bar Number: 217400
    Federal Building, Room 7516
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2447
    Facsimile: (213) 894-7819
    Email: Deborah.Yim@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>    Defendant. | No. CV 07-07535 ~~AHM (PJWx)~~ RJK (MANx)<br><br>~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE<br><br>[Stipulation for Compromise and Settlement Filed Concurrently Herewith] |

1  Based on the Stipulation for Compromise and Settlement filed concurrently
2  herewith, IT IS HEREBY ORDERED THAT:

4  1. Plaintiff's action is dismissed with prejudice in its entirety;
5  2. Each party shall bear their own costs of suit and attorneys' fees; and,
6  3. The Court retains jurisdiction pending payment of the settlement for
7     150 days.

9  DATED: March 19, 2008

~~A. HOWARD MATZ~~ ROBERT J. KELLEHER
UNITED STATES DISTRICT JUDGE